```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

CARLTON KNOWLES, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiffs,

        v.

BOXCAR INC.,

        Defendant.

------------------------------------ x

No.: 1:24-cv-8584

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BOXCAR INC., without prejudice and without fees and costs.

Dated: New York, New York
       March 7, 2025

                                          **GOTTLIEB & ASSOCIATES PLLC**

                                                _/s/Michael A. LaBollita, Esq._

                                          Michael A. LaBollita, Esq., (ML-9985)
                                              150 East 18th Street, Suite PHR
                                                           New York, NY 10003
                                                               Phone: (212) 228-9795
                                                                     Fax: (212) 982-6284
                                                              Michael@Gottlieb.legal

                                                                       _Attorneys for Plaintiffs_

SO ORDERED:

_/s/ Valerie Caproni_          March 10, 2025
_____
United States District Court Judge